1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff MORTON BRADLEY

E-filing

2008 JUN 12 PM 12: 43

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

| MORTON BRADLEY, | ) | ACTION NO: |
| Plaintiff, | ) | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | ) | |
| CITY OF PITTSBURG, DAVID PEARLMAN, DOES 1 TO 50, | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that no persons, associations of persons, firms, partnerships, or corporations (Including parent corporations or other entities) (1) Have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) Have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: June 11, 2008                          RIDGELL & LAWLOR LLP

                                              By: _____
                                              Shawn Ridgell
                                              Attorney for Plaintiff
                                              MORTON BRADLEY