IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTON BRADLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF PITTSBURG,<br><br>        Defendant.<br>                                           / | No. C 08-02925 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 6, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 16, 2009.

DESIGNATION OF LIABILITY   EXPERTS: 7/1/09; DESIGNATION OF DAMAGE EXPERTS: 10/16/09; .
      Parties **SHALL** conform to Rule 26(a)(2).

LIABILITY EXPERT  DISCOVERY CUTOFF is July 31, 2009.
DAMAGE EXPERT DISCOVERY CUTOFF is November 13, 2009.
DISPOSITIVE MOTIONS **SHALL** be filed by August 14, 2009;

   Opp. Due August 28, 2009;  Reply Due September 4, 2009;

   and set for hearing no later than September 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 1, 2009 at 3:30 PM.

JURY TRIAL DATE: December 14, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur by January 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                          SUSAN ILLSTON
                                          United States District Judge