# EDRINGTON, SCHIRMER & MURPHY LLP

PETER P. EDRINGTON
KEITH R. SCHIRMER
TIMOTHY P. MURPHY
JAMES M. MARZAN
DOLORES M. DONOHOE
OWEN T. ROONEY
NANCY A. McPHERSON
EILEEN D. BOUSSINA
RHETT R. JOHNSON
FURAH Z. FARUQUI

ATTORNEYS AT LAW
THE TERRACES
2300 CONTRA COSTA BOULEVARD, SUITE 450
PLEASANT HILL, CALIFORNIA 94523-3936

TEL (925) 827-3300
FAX (925) 827-3320

March 16, 2009

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

Honorable Susan Illston
United States District Court
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: <u>Bradley v. City of Pittsburg</u>
Case No. C 08-02925 SI

Dear Judge Illston:

This office represents defendants City of Pittsburg and David Pearman in the above-referenced matter. At the Case Management Conference on February 6, 2009, Your Honor referred the case to a Settlement Conference, but allowed either side to opt out of the Settlement Conference. Based on the informal settlement discussions with plaintiff, the City would like to opt out of the Settlement Conference and respectfully request that the conference set on April 15, 2009, with Magistrate James Larson, be canceled.

I would greatly appreciate it if your clerk would contact me to confirm that the Settlement Conference date has been vacated. Thank you.

Very truly yours,

James M. Marzan

JMM/rl

cc: Honorable James Larson, Magistrate Judge
Shawn Ridgell, Esq. – plaintiff's attorney