IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORTON BRADLEY,　　　　　　　　　　　　　　No. C 08-02925 SI

　　　　　　Plaintiff,　　　　　　　　　　　　　　　　　　SECOND

　v.　　　　　　　　　　　　　　　　　　　　　　　**PRETRIAL PREPARATION ORDER**

CITY OF PITTSBURG,

　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　 /

　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 23, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DISPOSITIVE MOTIONS **SHALL** be filed by January 8, 2010;

　　Opp. Due January 22, 2010; Reply Due January 29, 2010;

　　and set for hearing no later than February 12, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 16, 2010 at 3:30 PM.

JURY TRIAL DATE: March 29, 2010 at 8:30 AM.,
　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS: The Court continued the trial schedule one final time pending the completion of the underlying criminal case.

This case shall be referred to the Court's mediation program. The mediation session shall occur during the last 1/2 of September or the first 1/2 of October 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge